FILED
December 14, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. MAG. 06-0342-EFB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| KIN WAH AU, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release KIN WAH AU, Case No. MAG. 06-0342-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $25,000.00

   _X_   Unsecured Appearance Bond

   ___   Appearance Bond with 10% Deposit

   ___   Appearance Bond with Surety

   ___   Corporate Surety Bail Bond

   _X_   (Other) Conditions as stated on the record

   _X_   (Other) Defendant is ordered to appear on 01/11/07 at 1:30 in the District of Oregon (1000 SW 3rd, Portland, OR) before Magistrate Judge Papak and is to check in with Pretrial Services at 9:00 am on that date in Oregon.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on December 14, 2006 at 3:10 p.m.

By _____
Edmund F. Brennan