DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Attorney for KIN WAH AU
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>          Plaintiff,           )<br>                                )<br>     v.                         )<br>                                )<br> KIN WAH AU,                    )<br>                                )<br>          Defendant.            )<br>_____ ) | Mag. No. 06-342-EFB<br><br>**MOTION AND ORDER TO TRANSFER PASSPORT TO DISTRICT COURT IN PORTLAND, OREGON** |

     On December 14, 2006, defendant Kin Wah Au appeared before the Court on a criminal charge filed in the District of Oregon (Case Number 05-CR-313(KI)). He was released that day on an unsecured bond and pretrial services conditions. One of his conditions was that he deposit his passport with the Court, which he did on December 18, 2006. His passport has remained at the Clerk's Office in our district since that date. Mr. Au has since appeared in the District of Oregon and pled guilty. He has remained out of custody, and his supervision was transferred October 1, 2008 to the Pretrial Services Office in the District of Oregon.

1  Defense counsel in Oregon has contacted the Federal Defender's
2 Office in our district to request that custody of Mr. Au's passport be
3 transferred to the Clerk's Office in the District of Oregon.  The
4 defendant and the Pretrial Services office in Oregon need access to the
5 passport to enable Mr. Au to prove his citizenship for the purpose of
6 finding work.

7  Accordingly, the defense requests that the Court transfer
8 custody of Mr. Au's passport to the Clerk's Office in the District of
9 Oregon, United States Courthouse, Room 740, 1000 Southwest Third
10 Avenue, Portland, OR, 97204, phone number 503-326-8090.

11  A proposed order follows for the Court's convenience.

Dated:  October 8, 2008

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /s/ RACHELLE BARBOUR
                                              _____
                                              RACHELLE BARBOUR
                                              Attorney for Defendant Au

**O R D E R**

20  The Clerk of the Court for the Eastern District of California is
21 ordered to transfer custody of Mr. Au's passport forthwith, to the
22 Clerk's Office in the District of Oregon, District of Oregon, United
23 States Courthouse, Room 740, 1000 Southwest Third Avenue, Portland, OR,
24 97204, phone number 503-326-8090.

Dated: October 10, 2008.

_____
U.S. MAGISTRATE JUDGE